1 | E. Lee Horton (SBN 57350)
lhorton@wallerlaw.com
2 | Steven A. Browne (SBN 214444)
steven.browne@wallerlaw.com
3 | WALLER LANSDEN DORTCH & DAVIS, LLP
520 S. Grand Avenue, Suite 800
4 | Los Angeles, California 90071
Telephone: (213) 362-3680
5 | Facsimile: (213) 362-3679

6 | Attorneys for Defendant HAWAII SUPERFERRY, INC.

7 | John Gigounas (SBN 42822)
john@trialwizards.com
8 | Edward B. Simpson (SBN 85300)
SIMPSON & GIGOUNAS
9 | 100 Pine Street, Suite 750
San Francisco, CA 94111
10 | Tel: (415) 434-4500
Fax: (415) 296-7894

Attorneys for Plaintiff ARGENT GROUP, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ARGENT GROUP LTD., a Delaware Corporation, | ) Case No. C 05-5258 ~~BZ~~ MHP |
|---|---|
| Plaintiff, | ) Assigned for All Purposes To:<br>) Judge: Hon. Marilyn Hall Patel<br>) Ctrm: 15, 18th Floor |
| vs. | ) |
| HAWAII SUPERFERRY, INC., a Hawaii Corporation, | ) ~~[PROPOSED]~~ ORDER<br>) AS AMENDED BY COURT |
| Defendant. | ) |

[PROPOSED] ORDER

7024901.1

Waller Lansden
Dortch & Davis, LLP

1      It is hereby ordered that the above entitled matter is stayed until arbitration has been completed.
2  THE PARTIES SHALL NOTIFY THE COURT WITHIN TEN (10) DAYS OF RECEIPT OF THE FINAL ARBITRATION DECISION AND ARRANGE A FURTHER STATUS CONFERENCE
3  WITH THE COURT.

4  Dated:   April 28, 2006                           _____
5                                                Honorable Marilyn Hall Patel
                                              Judge, United States District Court

*IT IS SO ORDERED — Judge Marilyn H. Patel*