| | |
|---|---|
| 1 | E. Lee Horton (SBN 57350) |
| | lhorton@wallerlaw.com |
| 2 | Steven A. Browne (SBN 214444) |
| | steven.browne@wallerlaw.com |
| 3 | WALLER LANSDEN DORTCH & DAVIS, LLP |
| | 520 S. Grand Avenue, Suite 800 |
| 4 | Los, Angeles, CA 90071 |
| | Telephone: (213) 362-3680 |
| 5 | Facsimile: (213) 362-3679 |
| 6 | Attorneys for Defendant HAWAII SUPERFERRY, INC. |
| 7 | John Gigounas (SBN 42822) |
| | Edward B. Simpson (85300) |
| 8 | SIMPSON & GIGOUNAS |
| | 100 Pine Street, Suite 750 |
| 9 | San Francisco, CA 94111 |
| | Telephone: (415) 391-4900 |
| 10 | Facsimile: (415) 296-7894 |
| | Email: john@trialwizards.com |
| 11 | |
| 12 | Attorneys for Argent Group Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ARGENT GROUP LTD., a Delaware Corporation, | ) | C 05-5258 BZ |
| | ) | |
| Plaintiff, | ) | Assigned for All Purposes To: |
| | ) | Judge: Hon. Marilyn Hall Patel |
| v. | ) | Ctrm: 15, 18th Floor |
| | ) | |
| HAWAII SUPERFERRY, INC., a Hawaii Corporation, | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| HAWAII SUPERFERRCY, INC., a Hawaii Corporation, | ) | |
| | ) | |
| Counterclaimant, | ) | |
| v. | ) | |
| | ) | |
| ARGENT GROUP LTD., a Delaware Corporation, | ) | |
| | ) | |
| Counterdefendant. | ) | |

1  IT IS HEREBY STIPULATED by and between the parties to the above action through
2  their designated cousnel that the complaint and counterclaim in the above action are hereby
3  dismissed with prejudice pursuant to FRCP 41(a)(1).

5  Dated: 1/19/07

WALLER LANSDEN DORTCH & DAVIS, LLP

By: _____
Steven A. Browne
Attorneys for Defendant
HAWAII SUPERFERRY, INC.

Dated: 1/17/07

SIMPSON & GIGOUNAS

By: _____
John Gigounas
Attorneys for Plaintiff
ARGENT GROUP LTD.

Dated: 1/24/07

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Law Offices of
Simpson & Gigounas
100 Pine Street #750
San Francisco, CA
94111
(415) 391-4900

STIPULATION OF DISMISSAL

2